George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
Attorney for Plaintiff Samuel I. Dowell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SAMUEL I. DOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | Civil Action No.: 3:16-CV-00614-SI<br><br>ORDER RE: PLAINTIFF'S PETITION FOR FEES PER 42 USC 406(b) |

It Is Hereby Ordered pursuant to 42 USC 406(b) that an attorney fee in the amount of $8,300.00 is approved to Plaintiff's counsel. If EAJA fees which have been awarded are paid to Plaintiff's counsel, counsel will refund that amount to Plaintiff.

IT IS SO ORDERED: November 21, 2017

/s/ Michael H. Simon
-----
Judge, US District Court

Page 1 - ORDER RE: PLAINTIFF'S PETITION FOR FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028